### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF OREGON

|  |  |  |
|---|---|---|
| IN RE: | ) | CLERK US BANKRUPTCY COURT |
| BRYANT, LAURA MICHELLE | ) | Case No. 308-32280RLD7 |
|  | ) |  |
|  | ) | LIST OF CREDITORS ENTITLED   '09 SEP -8  P 4 :11 |
|  | ) | TO SMALL DIVIDENDS |
| Debtor(s) | ) | LODGED_____ RTD'D____ |
|  |  | PAID .98  BUCKETED____ |

I, the undersigned case trustee for this estate, certify that the following creditors were entitled to under $5.00 if a chapter 7 case or $15.00 if a chapter 12 or 13 case, and that attached hereto is a check in the amount of $0.98 (i.e., the total amount of all dividends listed below) which should be deposited by the Clerk in the U.S. Treasury pursuant to Bankruptcy Rule 3010:

| Claim No. | Creditor Name / Address | Dividend |
|---|---|---|
| 4 | Broadway Medical Clinic 4212 NE Broadway Portland, OR 97213-1458 | 0.98 |

**TOTAL:    $              0.98**

DATED: September 5, 2009

/s/ ROBERT K. MORROW, INC.
ROBERT K. MORROW, INC., Trustee